**[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 107.]**

**THE STATE OF OHIO, APPELLANT, *v.* DEMPSEY, APPELLEE.**

**[Cite as *State v. Dempsey*, 1998-Ohio-497.]**

*Court of appeals' judgment reversed on the authority of State v. Rush.*

(No. 98-7—Submitted August 19, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 71479.

───────────────────

*Stephanie Tubbs Jones*, Cuyahoga County Prosecuting Attorney, *L. Christopher Frey* and *Arthur A. Elkins*, Assistant Prosecuting Attorneys, for appellant.

*Philip J. Korey*, for appellee.

───────────────────

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Rush* (1998), 83 Ohio St.3d 53, 697 N.E.2d 634.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

───────────────────